UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CASE NO. _____
*Electronically Filed*

Evan Tucker, POA for Wanda Tucker                                                          Plaintiff

v.

GGNSC Stanford, LLC d/b/a Golden LivingCenter - Stanford                    Defendant

## NOTICE OF REMOVAL

Defendant, GGNSC Stanford, LLC d/b/a Golden LivingCenter - Stanford (hereinafter "GLC-Stanford"), hereby removes to the United States District Court for the Eastern District of Kentucky, at Lexington, the action captioned *Evan Tucker, POA for Wanda Tucker, v. GGNSC Stanford, LLC d/b/a Golden LivingCenter – Stanford, et al.,* Case No. 16-CI-00030, which is currently pending in Lincoln Circuit Court, in the Commonwealth of Kentucky.  As grounds for its removal of the Action, GLC-Stanford states:

1.      On February 1, 2016, Evan Tucker, POA for Wanda Tucker, ("Plaintiff") filed a Complaint in Lincoln Circuit Court, Case No. 16-CI-00030.  GLC-Stanford was served with a summons and a copy of a Complaint on February 4, 2016, through their agent for service of process, Corporation Service Company. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a).

2.      Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 16-CI-00030, a citizen of the Commonwealth of Kentucky.

3.       GLC-Stanford at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 16-CI-00030, was a Delaware

1

limited liability company with its principal place of business in Plano, Texas, and none of its members are citizens of Kentucky.

4. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a). This is an action between citizens of different states.

5. Based upon admissions in the Complaint attached hereto, Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs. The Complaint alleges that Ms. Tucker suffered accelerated deterioration of her health and physical condition beyond that caused by the normal aging process, as well as dehydration, overmedication, head injury from falling television, failure to timely respond to requests for care, IV infiltration, and skin tears/breakdown, and seeks punitive and compensatory damages, plus costs to which Plaintiff is entitled by law. Moreover, the Complaint alleges violations of Kentucky's Residents' Rights Statute and seeks attorney fees and recovery under same.

7. This Notice of Removal is filed within thirty (30) days after GLC-Stanford, received a copy of Plaintiff's Complaint on February 4, 2015, as required by 28 U.S.C. 1446(b).

8. A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Lincoln Circuit Court, in the Commonwealth of Kentucky and served upon counsel of record.

7257480v.1

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

/s/ Marcia L. Pearson
Marcia L. Pearson
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marcia L. Pearson

And that a copy of the foregoing was served via first class U.S. Mail, postage prepaid, on the following:

Jeffrey T. Sampson
The Sampson Law Firm
450 South Third Street, 4th Floor
Louisville, Kentucky 40202

/s/ Marcia L. Pearson
Marcia L. Pearson
Edward M. O'Brien
marcia.pearson@wilsonelser.com
edward.obrien@wilsonelser.com
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995
*Counsel for Defendant*

7257480v.1