Eastern District of Kentucky
**FILED**

DEC 01 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CASE NO. 5:16-CV-00057
*Electronically Filed*

Evan Tucker, POA for Wanda Tucker                                    Plaintiff

v.

GGNSC Stanford, LLC d/b/a Golden LivingCenter - Stanford             Defendant

### AGREED ORDER OF DISMISSAL

Plaintiff, Evan Tucker, POA for Wanda Tucker, and Defendant GGNSC Stanford, LLC d/b/a Golden LivingCenter - Stanford through counsel, hereby agree to the dismissal of this lawsuit **WITH PREJUDICE**.

So ORDERED this 1st day of December, 2016.



Signed By: 12-1-16
Robert E. Wier
United States Magistrate Judge

**AGREED TO BY:**

/s/Marcia L. Pearson
Marcia L. Pearson
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
*Counsel for Defendant*

/s/ Jeffrey T. Sampson (with permission)
Jeffrey T. Sampson
THE SAMPSON LAW FIRM
450 South Third Street, 4th Floor
Louisville, Kentucky 40202
*Counsel for Plaintiff*

7828536v.1